# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NA'QUAN THOMAS, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO. 25-4944 |
| | : | |
| SOLERA SENIOR LIVING, LLC, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 19th day of December, 2025, upon consideration of Plaintiff Na'Quan Thomas's Amended Complaint (ECF No. 7), it is **ORDERED** that:

1. Thomas's claims for (1) wrongful termination under Pennsylvania common law; (2) negligent and willful failure to investigate; and (3) emotional distress and reputational harm are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court is **DIRECTED** to **TERMINATE** Rebecca Kotwas, Shanell Hamilton, and Lewana Dupree as Defendants in this case.

3. Thomas's claims seeking retrospective declaratory relief are **DISMISSED WITH PREJUDICE**.

4. The case shall proceed at this time to service by the U.S. Marshal Service, in accordance with 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3), against Defendant Solera Senior Living LLC.

5. In anticipation of service by the U.S. Marshal Service, the Clerk of Court is **DIRECTED** to send a copy of this Order to Thomas together with one copy of the U.S. Marshal Service of Process Receipt and Return Form USM-285 ("USM-285 Form"). The Clerk of Court is further **DIRECTED** to record the mailing on the docket.

6. To proceed with service, Thomas must complete the USM-285 Form for Solera Senior Living LLC and return the completed form to the Clerk's Office within **twenty-one (21) days** of the date of this Order. Service cannot be made by the U.S. Marshal Service until Thomas completes and returns this form.

7. In completing the USM-285 Form, Thomas is instructed as follows:

   a. Thomas should complete the USM-285 Form for Solera Senior Living LLC.

   b. Thomas shall not complete a USM-285 Form for any other individual or entity, including any Defendant who already has been dismissed from this case.

   c. Thomas must provide an address at a location where the Defendant can be served. **The U.S. Marshals Service cannot serve a Defendant at a P.O. Box address.**

   d. Thomas must sign the USM-285 Form on the signature block marked "Signature of Attorney other Originator requesting service on behalf of: PLAINTIFF", and provide a telephone number and the date where indicated.

   e. Failure to include a proper address may result in the Defendant not being served and/or the dismissal of Thomas's claims against any such Defendant.

8. Thomas is cautioned that failure to return a completed USM-285 Form in accordance with the above instructions may result in dismissal of this case for failure to prosecute, without further notice from the Court.

9. The Clerk of Court is **DIRECTED** to docket any USM-285 Forms that Thomas returns in this case.

10.     The Clerk of Court is **DIRECTED** not to issue a summons at this time.  The Court will direct issuance of a summons upon receipt of a properly completed USM-285 Form.

                    BY THE COURT:

                    _____
                    **MARY KAY COSTELLO, J.**