## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NA'QUAN THOMAS,                    :
    Plaintiff,                         :
                                       :
v.                                 :          **CIVIL ACTION NO. 25-CV-4944**
                                       :
SOLERA SENIOR LIVING, LLC,         :
    Defendant.                         :

## ORDER

AND NOW, this 20th day of May 2026, upon consideration of the Partial Motion to Dismiss filed by Defendant Solera Senior Living LLC ("Solera") (ECF No. 19) and Plaintiff Na'Quan Thomas's Response thereto (ECF No. 20), it is **ORDERED** that:

1.    The Partial Motion to Dismiss is **GRANTED** for the reasons stated in the Court's accompanying Memorandum.

2.    Thomas's Title VII retaliation claim is **DISMISSED WITHOUT PREJUDICE**.

3.    Defendant Solera shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

BY THE COURT:

_____
**MARY KAY COSTELLO, J.**